**Hugh Floy DECKER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28398.**

Court of Criminal Appeals of Texas.

June 13, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant appeals from a conviction for the offense of driving while intoxicated, committed on December 18, 1949 (which was prior to the effective date of Art. 802, Vernon's Ann.P.C. as amended by the Acts of the 53rd Legislature); the jury assessed a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.